MARY WATSON REIK, respondent,

*v.*

HENRY O. REIK, appellant.

[Decided May 14th, 1928.]

On appeal from an order of the court of chancery.

*Messrs. Cole & Cole,* for the respondent.

*Messrs. Bourgeois & Coulomb,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *101 N. J. Eq. 523.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.